IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DALLAS RAY WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-184-WKW[WO] |
| | ) | |
| SHERIFF D. T. MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the court's Order entered today, it is the ORDER, JUDGMENT,

and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 11th day of March, 2009.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE